ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Paragon Defense Solutions, Inc. | ) | ASBCA No. 64309 |
| | ) | |
| Under Contract No. SPE7L1-23-P-1551 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Weiwei Jian
    President

APPEARANCES FOR THE GOVERNMENT:    Steven M. Sosko, Esq.
   DLA Chief Trial Attorney
   John J. Pritchard, Esq.
   Adam J. Heer, Esq.
   Julie K. Phillips, Esq.
   Hadiya Abdullahi, Esq.
    Trial Attorneys
    DLA Land and Maritime
    Columbus, OH

## OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
## ON APPELLANT'S MOTION FOR RECONSIDERATION

Appellant requests reconsideration of our recent decision denying its Board Rule 12.2 appeal; we held that because appellant failed to deliver 150 of 225 locks by the May 5, 2023 date set by the government's unilateral purchase order, or at all, no completed purchase and sale contract for those 150 locks came into existence. *Paragon Defense Solutions., Inc.*, ASBCA No. 64309, 26-1 BCA ¶ 38,950 at 189,584. Motions for reconsideration do not afford litigants the opportunity to take a "second bite at the apple." *Avant Assessment, LLC*, ASBCA No. 58867, 15-1 BCA ¶ 36,137 at 176,384. At bottom, appellant reargues the case it made before we issued our decision.

The motion for reconsideration is denied.

Dated: March 2, 2026

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64309, Appeal of Paragon Defense Solutions, rendered in conformance with the Board's Charter.

Dated: March 2, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals